IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JEROME PRIESTER )
 ) CV 415-286
v. )
 )
WARDEN WALTER BERRY )

ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which one objection has been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

So ORDERED, this 30 day of November, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA